UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WAYMAN C. DISMUKES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04-0170 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| COMMISSIONER, TENNESSEE | ) | |
| DEPARTMENT OF CHILDREN'S | ) | |
| SERVICES, in her official capacity, | ) | |
| and FRANK H. MIX, in his official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 41) filed by the defendants, Commissioner, Tennessee Department of Children's Services, in her official capacity, and Frank H. Mix, in his official capacity, is **GRANTED**.

It is so ordered.

Enter this 25th day of April 2006.

_____
ALETA A. TRAUGER
United States District Judge